# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ZAKO BASSIL,

           Plaintiff,        Case No. 16-cv-12206

v.                                    Judith E. Levy
                                    United States District Judge

Liberty Life Assurance Company
of Boston,                       Mag. Judge Stephanie Dawkins
                                    Davis

           Defendant.

_____/

## **STIPULATED ORDER OF DISMISSAL**

Pursuant to the parties' stipulations, the case is dismissed with prejudice and without costs.

IT IS SO ORDERED.

Dated: February 15, 2017        <u>s/Judith E. Levy</u>
Ann Arbor, Michigan            JUDITH E. LEVY
                                          United States District Judge

| | |
|---|---|
| /s/ Greg Liepshutz (P37573) | /s/ James P. Hollihan |
| Attorney for Plaintiff | Attorney for Defendant |
| Levine Benjamin, P.C. | Blank Rome, LLP |
| 100 Galleria Officentre, Suite 411 | 500 Grant Street, Suite 2900 |
| Southfield, MI  48034 | Pittsburgh, PA  15219 |
| (248) 352-5700 | (412) 515-1531 |
| gliepshutz@levinebenjamin.com | jhollihan@blankrome.com |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 15, 2017.

                                                s/Felicia M. Moses
                                                FELICIA M. MOSES
                                                Case Manager